UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

TYRONE STEWART,

Defendant.
-----------------------------------------------------------X

ORDER

26-cr-452-2 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Francis O'Reilly, Tyrone Stewart's lead counsel, to appoint Leo Aldridge as learned capital counsel for Mr. Stewart in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Leo Aldridge is appointed as learned counsel for Mr. Stewart in this case.

Dated: White Plains, New York
October 8, 2026

Philip M. Halpern
United States District Judge